IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN K. ZUKOWSKY, LYNNE ZUKOWSKY,
NKENDILIM OKEKE, AND JOKUBUS
ZIBURKUS, individually, and on behalf of
all others similarly situated                                                      PLAINTIFFS

v.                                       CASE NO. 4-08-CV00584 BSM

TYSON FOODS, INC.                                                                  DEFENDANT

## ORDER

Pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and for good cause shown, Plaintiffs' motions for admission pro hac vice [Doc. ## 3, 4, and 5] are granted and Aaron Patton, Dean Solomon, and Gary Friedman are hereby permitted to appear and participate in this action as counsel for plaintiffs.

IT IS SO ORDERED this 30th day of July, 2008.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE